UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Larry D. & Karen S. Miller | ) | CASE NO. 05-41622 |
| | ) | |
| Debtor | ) | |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Bank of America N.A., P.O. Box 15019, Wilmington, DE 19886-5019

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $313.43 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 97523 on February 5, 2010 to Bank of America N.A. to the address stated above. The check was returned with a letter stating "Check should be reissued to FIA Card Services". However there has not been an assignment of the claim. Trustee voided the check and has deposited the funds, as well as all remaining funds, into the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 11th day of October, 2010.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 11th day of October, 2010 to:

Bank of America N.A., P.O. Box 15019, Wilmington, DE 19886-5019
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Jerry L. Paeth, 309 N. 5th Street, Lafayette, IN 47901

<u>/s/ David A. Rosenthal</u>
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248